Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, AZ 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| Peter Strojnik (Sr.), | Case No: 5:19-cv-04616-SVK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Resort at Indian Springs, LLC dba Indian Springs Resort & Spa, | |
| Defendant. | |

    Please take notice that pursuant to agreement, Plaintiff dismisses the above cause **with prejudice**.

    RESPECTFULLY SUBMITTED this 15th day of July, 2020.

**PETER STROJNIK**

_____
Plaintiff